# Exhibit 10

# TEXAS HEALTH AND HUMAN SERVICES COMMISSION

## NURSING FACILITY LICENSE

This is to certify that

**WEST WHARTON COUNTY HOSPITAL DISTRICT**
**REMARKABLE HEALTHCARE OF PRESTONWOOD**

4501 PLANO PKWY  CARROLLTON, TX 75010  DENTON COUNTY

is licensed under Chapter 242 of the Texas Health and Safety Code to operate a nursing facility in Texas.

**Capacity: 120**

| | |
|---|---|
| 311897 | 03/01/2024 |
| License Number | Effective Date |
| 105841 | 07/11/2024 |
| Facility ID | Expiration Date |

Cecile Young
Executive Commissioner

This license must prominently posted for display in an area of the facility that is ready available to residents, employees, and visitors. **This license may not be transferred.**