| | |
|---|---|
| STATE OF TEXAS | § |
| | § |
| COUNTY OF TARRANT | § |

## AFFIDAVIT OF NONA TAGGART

BEFORE ME, the undersigned personally appeared, Nona Taggart, who after being duly sworn deposed and said as follows:

My name is Nona Taggart. I am over the age of 18 and am in all respects competent to make this affidavit. I have personal knowledge of the facts stated in this affidavit, and they are true and correct.

I am a resident at Remarkable Health Care in Fort Worth. I have lived here for over 7 years (since January 2017). Last Wednesday (4/10/24), I went to dialysis like I do each week. I knew there was an employee meeting going on while I was gone, but I did not know what it was about. When I got back from dialysis, I was told by the Activity Director and Kitchen Manager that during the employee meeting, everyone learned that the federal government had told the State to shut down the building. There was also a meeting during which residents were told we had 8 days to move because the federal government was telling the State to shut down the nursing home. There was a man from the state in the building last Wednesday, and these meetings were after he arrived.

Needless to say, this was very upsetting for me and all of the other residents. We understand that there may have been some care issues in the past, but those were minor in comparison to telling us we were going to basically lose our home or that funding for our care was going to be stopped. I have cried more the last several days than I can remember in a very long time. This has been so upsetting that I have had a hard time sleeping, and I feel like if I am forced to move that my home is basically being ripped out from under me. Being this upset has also been bad for my physical health, not just my emotional health. My best friends are here, and they are all just as upset as I am. We have all cried and cried since last week's events. Also, the nursing home staff has become my family. I cannot imagine the government taking our family away from us in just 8 days. Again, I know there may have been some care issues in the past, but this place has taken good care of me, and I do not want to leave. I also do not have the funds to pay without Medicare and Medicaid paying for my stay. As of today, we are still being told we have to move by Thursday 4/18/24.

_____
NONA TAGGART

SUBSCRIBED AND SWORN TO before me on this 16th day of April, 2024.

_____
NOTARY PUBLIC IN AND FOR  Don J. Navaro

DON J NAVARO
Notary ID #130920672
My Commission Expires
December 2, 2024

STATE OF TEXAS &sect;
&sect;
COUNTY OF TARRANT &sect;

## AFFIDAVIT OF LARRY MCAFEE

BEFORE ME, the undersigned personally appeared, Larry McAfee, who after being duly sworn deposed and said as follows:

My name is Larry McAfee. I am over the age of 18 and am in all respects competent to make this affidavit. I have personal knowledge of the facts stated in this affidavit, and they are true and correct.

My wife, Sarah McAfee, is a resident at Remarkable Health Care in Fort Worth, and she has been off and on since March 2019. I have also received therapy there from time to time for some older injuries. Last week, I was told that I had 8 days to relocate my wife because the federal government and the state were shutting down the building. My wife has dementia, as well as hypertension (high blood pressure), and she recently had a heart valve replacement. She has had a stroke in the past. She is also immobile and has a history of falls. Prior to this past year, my wife has needed rehabilitation care on multiple occasions. Remarkable is the only facility where we ever considered taking her because of the services remarkable provides. Over the last year, due to my wife's dementia, she has been a full-time resident at remarkable. It is her home, and this is where she is happy. It is where she gets the care she needs, and in my opinion, there is no other facility in the area that can provide for her care. Again, my wife has required multiple services over the last several years, and remarkable has always been our choice because this facility is best equipped to meet her needs.

The events of the last week have all been very upsetting for me and my wife and all of the other residents and families with whom I have had contact. We understand that there may have been some care issues in the past, but those were minor in comparison to telling these residents that they were basically lose their home or that funding for their care was going to be stopped. Moving a resident with dementia and the other problems my wife has will be very traumatic, and it will be damaging to her physically, as well as emotionally. The situation here is also troubling to me because my wife is partially a private pay resident (she receives some Medicare, but I pay certain costs out of pocket, as well). Again, even though I know there may have been some care issues in the past (no nursing home is perfect), Remarkable has taken good care of my wife, and I do not want her to be forced to move. I also do not want her Medicare funding stopped because that is not in her best interest.

_/s/ Larry McAfee_
LARRY MCAFEE

SUBSCRIBED AND SWORN TO before me on this __16th__ day of April, 2024.

DON J NAVARO
Notary ID #130920672
My Commission Expires
December 2, 2024

NOTARY PUBLIC IN AND FOR  Don J. Navaro
THE STATE OF TEXAS

STATE OF TEXAS §
§
COUNTY OF TARRANT §

### **AFFIDAVIT OF JAY LLOYD**

BEFORE ME, the undersigned personally appeared, Jay Lloyd, who after being duly sworn deposed and said as follows:

My name is Jay Lloyd. I am over the age of 18 and am in all respects competent to make this affidavit. I have personal knowledge of the facts stated in this affidavit, and they are true and correct.

I am a resident at Remarkable Health Care in Fort Worth. I have lived here for over a year. Last Wednesday (4/10/24), we were told we had 8 days to relocate because the federal government and the state were shutting down the building. On Friday (4/12/24), we were told there was a new owner coming in and that we would be able to stay if we wanted, but this morning we were told that we still had to move by this Thursday because the facility was still going to be closed. We were told that the "pause" was just for the weekend because other facilities in the area did not have a place for us.

Needless to say, this has all been very upsetting for me and all of the other residents. We understand that there may have been some care issues in the past, but those were minor in comparison to telling us we were going to basically lose our home or that funding for our care was going to be stopped. I have high blood pressure, heart problems (atrial fibrillation), and diabetes, and ripping my home out from under me has been bad for my physical condition, as well as my mental state. I have had a hard time sleeping because I have been so worried about this, and I feel like if I am forced to move that my home is basically being ripped out from under me. The staff here take good care of me, and I do not want to leave. I do not understand how the government can take away our home or take away our Medicare/Medicaid funds on such short notice. Again, I know there may have been some care issues in the past, but this place has taken good care of me, and I do not want to leave. I also do not have the funds to pay without Medicare and Medicaid paying for my stay.

_____
JAY LLOYD

SUBSCRIBED AND SWORN TO before me on this 16th day of April, 2024.

DON J NAVARO
Notary ID #130920672
My Commission Expires
December 2, 2024

_____
NOTARY PUBLIC IN AND FOR Don J. Navaro
THE STATE OF TEXAS

STATE OF TEXAS §
§
COUNTY OF TARRANT §

## AFFIDAVIT OF ~~ANTHONY~~ GARY McLOUD

BEFORE ME, the undersigned personally appeared, ~~Anthony~~ GARY McLoud, who after being duly sworn deposed and said as follows:

My name is ~~Anthony~~ GARY McLoud. I am over the age of 18 and am in all respects competent to make this affidavit. I have personal knowledge of the facts stated in this affidavit, and they are true and correct.

I am a resident at Remarkable Health Care in Fort Worth. I have lived here for almost 18 months. Last Wednesday (4/10/24), we were told we had 8 days to relocate because the federal government and the state were shutting down the building. This has been very upsetting for me and all of the other residents. We understand that there may have been some care issues in the past, but those were minor in comparison to telling us we were going to basically lose our home or that funding for our care was going to be stopped. I have had heart problems, and ripping my home out from under me has been bad for my physical condition, as well as my mental state. I have had a hard time sleeping because I have been very worried about this, and I feel like if I am forced to move that my home is basically being ripped out from under me. The staff here take good care of me, and I do not want to leave. I also do not have the funds to pay without Medicare and Medicaid paying for my stay.

_____
~~ANTHONY~~ GARY McLOUD

SUBSCRIBED AND SWORN TO before me on this 16 day of April, 2024.

_____
NOTARY PUBLIC IN AND FOR
THE STATE OF TEXAS      Don J. Navaro

DON J NAVARO
Notary ID #130920672
My Commission Expires
December 2, 2024

| | |
|---|---|
| STATE OF TEXAS | § |
| | § |
| COUNTY OF TARRANT | § |

## AFFIDAVIT OF KELVIN ROLLINS

BEFORE ME, the undersigned personally appeared, Kelvin Rollins, who after being duly sworn deposed and said as follows:

My name is Kelvin Rollins. I am over the age of 18 and am in all respects competent to make this affidavit. I have personal knowledge of the facts stated in this affidavit, and they are true and correct.

My Father, Oliver Jones, is a resident at Remarkable Health Care in Fort Worth, and he has been since October 2023. Last week, I was told that I had 8 days to relocate my Dad because the federal government and the state were shutting down the building. My Dad is mobility impaired, has undergone surgical rehabilitation, and he has high blood pressure, as well as heart problems.

The events of the last week have all been very upsetting for me and my father and all of the other residents and families with whom I have had contact. We understand that there may have been some care issues here in the past, but those were minor in comparison to telling these residents that they were basically lose their home or that funding for their care was going to be stopped. I fear that moving my father under these circumstances will be detrimental to his physical, as well as his emotional well-being. The situation here is also troubling to me because my father is partially a private pay resident (he receives some Medicare, but I pay certain costs out of pocket, as well). Again, even though I know there may have been some care issues in the past (no nursing home is perfect), Remarkable has taken good care of my Dad, and I do not want him to be forced to move. I also do not want his Medicare funding stopped because that is not in his best interest.

_/s/ Kelvin Rollins_
KELVIN ROLLINS

SUBSCRIBED AND SWORN TO before me on this 16th day of April, 2024.

DON J NAVARO
Notary ID #130920672
My Commission Expires
December 2, 2024

NOTARY PUBLIC IN AND FOR   DON J. NAVARO
THE STATE OF TEXAS

STATE OF TEXAS §
§
COUNTY OF TARRANT §

### **AFFIDAVIT OF OLIVER JONES**

BEFORE ME, the undersigned personally appeared, Oliver Jones, who after being duly sworn deposed and said as follows:

My name is Oliver Jones. I am over the age of 18 and am in all respects competent to make this affidavit. I have personal knowledge of the facts stated in this affidavit, and they are true and correct.

I am a resident at Remarkable Health Care in Fort Worth, and have been since October 2023. Last week, I was told that I had 8 days to relocate because the federal government and the state were shutting down the building. I am mobility impaired. I have undergone surgical rehab, and I have high blood pressure, as well as heart problems.

The events of the last week have all been very upsetting for me. I understand that there may have been some care issues here in the past, but those were minor in comparison to telling us that we will basically lose our home or that funding for our care was going to be stopped. I fear that moving under these circumstances will be detrimental to my physical, as well as my emotional well-being. Remarkable has taken good care of me, and I do not want to be forced to move. I also do not want my Medicare funding stopped. The current situation with potentially losing our funding is causing me a lot of stress and anxiety, which is not good for my blood pressure and my heart.

_____
OLIVER JONES

SUBSCRIBED AND SWORN TO before me on this 16th day of April, 2024.

DON J NAVARO
Notary ID #130920672
My Commission Expires
December 2, 2024

_____
NOTARY PUBLIC IN AND FOR   Don J. Javaro
THE STATE OF TEXAS