IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| KRS PROPERTIES, LLC AND WEST WHARTON HOSPITAL DISTRICT | § § § | |
| V. | § § | CASE NO. 4:24-CV-00337 |
| UNITED STATES DEPARTMENT OF HEALTH & HUMAN SERVICES, CENTERS FOR MEDICARE & MEDICAID SERVICES, THROUGH ITS SECRETARY, XAVIER BECERRA | § § § § § § | |

**REQUEST FOR EMERGENCY HEARING ON PLAINTIFF'S ORIGINAL COMPLAINT AND APPLICATION FOR INJUNCTION AND RESTRAINING ORDER**

TO THE HONORABLE COURT:

Plaintiffs, KRS Properties, LLC ("KRS") and West Wharton Hospital District ("WWHD"), file their Request for Emergency Hearing on Plaintiff's Application for Temporary Restraining Order, which was electronically filed with the court earlier today, April 17, 2024.

Plaintiffs request that a hearing be set on this motion at the court's earliest opportunity as the nursing home in question's Medicare and Medicaid provider agreement, which is the subject of the TRO request, is set to terminate tomorrow, April 18, 2024.  Plaintiffs only request at least a 4-hour notice prior to the hearing, as two of the undersigned counsel are located in Austin, Texas and will need time to travel to appear before the court.

Respectfully submitted,

BEST & SPRUILL, P.C.

____/s/ Allison L. Spruill_____
ALLISON L. SPRUILL

TX STATE BAR NO. 00789644
6805 N. Capital of Texas Hwy. #330
Austin, TX 78731
Telephone: (512) 257-2104
Facsimile: (512) 250-2058
E-mail: firm@bestandspruill.com

ATTORNEYS FOR PLAINTIFF,
KRS PROPERTIES, LLC


WEYCER, KAPLAN, PULASKI & ZUBER, P.C.

     */s/ Jeff Carruth*
JEFF CARRUTH
TX STATE BAR NO.24001846
2608 Hibernia, Suite 105
Dallas, Texas 75204-2514
Telephone: (713) 341-1158
Fax: (713) 961-5341
E-mail:  jcarruth@wkpz.com

CO-COUNSEL FOR PLAINTIFF,
KRS PROPERTIES, LLC


REED, CLAYMON, MEEKER, KRIENKE & SPURCK, PLLC

     */s/Trent Kreinke*
TRENT KREINKE
TX STATE BAR NO. 24057951
5608 Parkcrest Drive, Suite 200
Austin, TX 78731
Telephone: (512) 660-5960
Fax: (512) 660-5979
E-mail: tkrienke@reedclaymon.com

COUNSEL FOR WEST
WHARTON HOSPITAL DISTRICT

**CERTIFICATE OF CONFERENCE AND ATTEMPTED NOTICE**

I hereby certify that pursuant to Fed. R. Civ. P. 65(b)(1)(B), Plaintiffs have attempted to reach resolution with CMS regarding this matter without court intervention. Specifically, on April 11, 2024 there were two conference calls with 17 individuals representing all parties in which the matters contained in this pleading were discussed. No resolution was achieved, and on 4/12/24, Counsel for HHS notified the undersigned counsel that no agreement would be reached. Counsel for CMS/HHS are being provided courtesy copies of this pleading at the time it is filed, although KRS and WWHD do not know whether the lawyers with whom they have been dealing are the lawyers who will represent CMS/HHS in this proceeding. CMS/HHS Counsel were advised on 4/11/24 that injunctive relief could be sought if a resolution was not reached.

____/s/ Allison L. Spruill_____
ALLISON L. SPRUILL

**CERTIFICATE OF SERVICE**

I certify that a true and correct courtesy copy of this pleading was served in accordance with the Federal Rules of Civil Procedure via electronic mail on this 17th day of April, 2024, as follows (even though Plaintiffs do not know whether counsel listed below will represent HHS/CMS in this proceeding):

Whitney Tharpe (U.S. Attorney's office)
Counsel for HHS/CMS

____/s/ Allison L. Spruill_____
ALLISON L. SPRUILL