IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| **KRS PROPERTIES, LLC AND WEST WHARTON HOSPITAL DISTRICT** | § § § | |
| **V.** | § § | **CASE NO. 4:24-CV-00337** |
| **UNITED STATES DEPARTMENT OF HEALTH & HUMAN SERVICES, CENTERS FOR MEDICARE & MEDICAID SERVICES, THROUGH ITS SECRETARY, XAVIER BECERRA** | § § § § § § | |

## ORDER GRANTING EMERGENCY HEARING

The Court has considered Plaintiffs' Request for Emergency Hearing on their request for a Temporary Restraining Order, and the Court finds that such a hearing is necessary. It is, therefore,

ORDERED that Plaintiff's Request for Temporary Restraining Order is set for hearing on _____ at _____am/pm

SIGNED this \_\_\_\_\_ day of _____, 2024.

_____
HON. REED O'CONNOR
JUDGE PRESIDING