# Exhibit 16

| | |
|---|---|
| **From:** | Christopher Murphy |
| **To:** | Jeff Carruth |
| **Subject:** | KRS v CMS - Texas HHSC Inquiry |
| **Date:** | Wednesday, April 17, 2024 2:15:48 PM |
| **Attachments:** | image001.png |

Good afternoon Jeff,

I hope you're doing well. I represent the Texas HHSC in the Remarkable bankruptcy case. I saw the NDTX complaint that was filed today and was curious to hear if you managed to get a TRO setting either today or tomorrow? Thanks in advance for any info you can pass along. HHSC is closely monitoring the situation to see how the federal action progresses.

Thanks,
Chris



**Christopher Murphy**
Assistant Attorney General
Bankruptcy & Collections Division
OFFICE OF THE TEXAS ATTORNEY GENERAL
P.O. Box 12548
Austin, TX  78711-2548
Office (512) 475-4867
Cell (512) 914-0730
Fax (512) 936-1409
christopher.murphy@oag.texas.gov