# Exhibit A

# Gladys Hernandez

| | |
|---|---|
| **From:** | Gladys Hernandez |
| **Sent:** | Wednesday, April 17, 2024 4:48 PM |
| **To:** | Whitney Tharpe |
| **Cc:** | Best & Spruill, P.C. |
| **Subject:** | Remarkable Forth Worth |

Good afternoon,

Please see below a Dropbox link to documents that were filed with the U.S. District Court for the Northern District of Texas today.

https://www.dropbox.com/scl/fo/08cgb1r4goe9ioepcoy1l/AEcRT4rkyb2kZ5Ju6nRaefw?rlkey=cs76hsp6lw3i7dreml3hdzz8f&st=ouyko7mr&dl=0

Please do not hesitate to contact our office if you have any questions. Thank you!

Sincerely,
Gladys Hernandez
Office Assistant

**Best & Spruill, P.C.**
**6805 N. Capital of Texas Hwy,**
**Suite 330**
**Austin, Texas 78731**
**gladys@bestandspruill.com**
**Ph: 512-257-2104**
**Fax: 512-250-2058**

1

