UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| KRS PROPERTIES, LLC and WEST WHARTON HOSPITAL DISTRICT, <br><br>**Plaintiffs** <br><br>vs. <br><br>UNITED STATES DEPARTMENT OF HEALTH & HUMAN SERVICES, CENTERS FOR MEDICARE & MEDICAID SERVICES, THROUGH ITS SECRETARY, XAVIER BECERRA <br><br>**Defendants** | § § § § § § § § § § § § § § § § | Case No. 4:24-cv-00337 |

## SUPPLEMENTAL CERTIFICATE OF SERVICE (RE: DOCKET NO. 5, 8)

TO THE HONORABLE REED O'CONNOR, U.S. DISTRICT JUDGE:

Plaintiffs file this *Supplemental Certificate of Service* as required under the Order (Docket No. 8) entered on April 19, 2024.

The undersigned certifies that Docket Nos. 1-5 of this action were sent by direct email to the persons and email addresses listed in the table below on April 18 2024 at 11:19 a.m. A copy of the email is attached to this certificate and appears below.

The undersigned further certifies that Docket Nos. 6-8 of this action were sent by direct email to the persons and email addresses listed in the table below on April 19 2024 at 4:04 p.m. A copy of the email is attached to this certificate and appears below.

| Whitney Tharpe (HSS-CMS) | whitney.tharpe@usdoj.gov |
|---|---|
| Ashley Fenton (HSS-CMS) | ashley.fenton1@hhs.gov |
| Daniel Wolf (HSS-CMS)e | daniel.wolfe@hhs.gov |
| Tangla Fudge-Bernal (HSS-CMS) | tangla.fudge-bernal@hhs.gov |
| Christopher S. Murphy (Texas HHS) | christopher.murphy@oag.texas.gov |
| Layla D. Milligan (Texas HHS) | layla.milligan@oag.texas.gov |
| Sherri Simpson (Texas HHSC) | sherri.simpson@oag.texas.gov |

Dated:  April 19, 2024        Respectfully submitted:

                                         WEYCER, KAPLAN, PULASKI & ZUBER, P.C.

                                         By:   */s/ Jeff Carruth*
                                              JEFF CARRUTH (TX SBN:. 24001846)
                                             24 Greenway Plaza, Suite 2050
                                             Houston, Texas 77046
                                             Telephone: (713) 341-1158
                                             Fax: (713) 961-5341
                                             E-mail:  jcarruth@wkpz.com


                                             ATTORNEYS FOR
                                             KRS FORT WORTH LLC, PLAINTIFF

| | |
|---|---|
| **From:** | Mary Cornell |
| **To:** | Whitney Tharpe; Fenton, Ashley (HHS/OGC); Wolfe, Daniel (HHS/OGC); tangela.fudge-bernal@hhs.gov; christopher.murphy@oag.tx; Layla Milligan; sherri.simpson@oag.texas.gov |
| **Cc:** | jcarruth@aol.com; jcarruth2@gmail.com; Jeff Carruth |
| **Subject:** | Case No. 4:24-cv-00337; KRS Properties et al v. US Dept of Health & Human Services, et al |
| **Date:** | Thursday, April 18, 2024 11:19:28 AM |
| **Attachments:** | txnd24cv00337 0005 - Motion to Reconsider.pdf<br>txnd24cv00337 0001 - Complaint.pdf<br>txnd24cv00337 0003 - motion emergency hearing.pdf<br>txnd24cv00337 0002 - cert persons.pdf<br>txnd24cv00337 0004 - order deny TRO.pdf |

Good morning,

Please see attached for your files and information.

Mary T. Cornell
*Legal Secretary/Assistant*
Weycer, Kaplan, Pulaski & Zuber, P.C.
24 Greenway Plaza, Suite 2050
Houston, TX 77046
(713) 357-4385 (Direct)
(713) 961-9045 (Main)
(713) 961-5341 (Fax)
www.wkpz.com



Trusted Legal Advisors Since 1976

### HOUSTON • DALLAS/FORT WORTH

This communication and any attachments to it are confidential and intended solely for the use of the person to whom they are addressed. If you have received this e-mail in error, please notify us by telephone immediately at (713) 961-9045, and you are notified that any disclosure, distribution, or the taking of any action in reliance on the contents of this information is prohibited. Nothing in this message may be construed as a digital or electronic signature of any employee of Weycer, Kaplan, Pulaski & Zuber, P.C. ("WKPZ"). WKPZ automatically blocks e-mails containing objectionable language or suspicious content. Messages sent to WKPZ should be considered received only if confirmed by a return receipt. The IRS does not allow the use of informal tax advice, such as this communication, to avoid tax penalties. WKPZ expressly reserves and maintains any attorney-client privilege or work-product protections in this communication.

| | |
|---|---|
| **From:** | Jeff Carruth |
| **To:** | WHITNEY THARPE (Whitney.Tharpe@usdoj.gov); Fenton, Ashley (HHS/OGC); FudgeBernal, Tangla L. (HHS/OGC); Wolfe, Daniel (HHS/OGC); LAYLA D. MILLIGAN (layla.milligan@oag.texas.gov); CHRISTOPHER S. MURPHY (christopher.murphy@oag.texas.gov); sherri.simpson@oag.texas.gov |
| **Cc:** | Allison L Spruill (allison@bestandspruill.com); Trent Krienke - Reed, Claymon, Meeker, Krienke & Spurck, PLLC (tkrienke@reedclaymon.com); Jeff Carruth; Mary Cornell |
| **Subject:** | txnd24cv00337 KRS WWHD vs CMS - April 19 docket items |
| **Date:** | Friday, April 19, 2024 4:04:12 PM |
| **Attachments:** | txnd24cv00337 0006 - new case notes.pdf |
| | txnd24cv00337 0007 - summons to hhs.pdf |
| | txnd24cv00337 0008 - Denial [5].pdf |
| | image001.png |

Please see attached items entered on April 19.

I will be maintaining this docket at this Sharepoint also, FYI. 📄 docket.txnd24cv00337 KRS vs CMS

Thank you.



Weycer, Kaplan, Pulaski & Zuber, P.C.

*Trusted Legal Advisors Since 1976*

DALLAS • HOUSTON • AMARILLO

D. (713) 341-1158
M. (214) 552-7242
F. (866) 666-5322

jcarruth@wkpz.com
www.wkpz.com

This communication and any attachments to it are confidential and intended solely for the use of the person to whom they are addressed. If you have received this e-mail in error, please notify us by telephone immediately at (713) 961-9045, and you are notified that any disclosure, distribution, or the taking of any action in reliance on the contents of this information is prohibited. Nothing in this message may be construed as a digital or electronic signature of any employee of Weycer, Kaplan, Pulaski & Zuber, P.C. ("WKPZ"). WKPZ automatically blocks e-mails containing objectionable language or suspicious content. Messages sent to WKPZ should be considered received only if confirmed by a return receipt. The IRS does not allow the use of informal tax advice, such as this communication, to avoid tax penalties. WKPZ expressly reserves and maintains any attorney-client privilege or work-product protections in this communication.